RICHARD D. GARON, APPELLANT, v. JAMES G. BECKER ET AL., RESPONDENTS.

Submitted May 27, 1938—Decided September 16, 1938.

For the appellant, *Herbert S. Killie* and *Howard G. Stackhouse.*

For the respondents, *Powell & Parker.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.